IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

HOPE R. MILLER,

Plaintiff,

v.

TRANS UNION LLC,

Defendant.

Case No. 3:25-cv-00623-RAH-CWB

# EXHIBIT M

## ADVERSE ACTION NOTICES AND BUSINESS RECORDS

Adverse Action Notices:

NetCredit (April 14, 2024)

CreditFresh (June 19, 2024)

Continental Finance / Bank of Mississippi (January 27, 2025, Score: 910)

Ally Bank (June 19, 2025)

Business Records:

Midwest Flava LLC Formation Documents

(July 2024 – August 2025)

Each denial was based on Trans Union's defective consumer report
containing fabricated payment dates and false delinquency codes.

*Filed pursuant to the Court's Order dated February 19, 2026 (Doc. 32)*

Ally Bank
P.O. Box 814450
Dallas, Texas 75381-4450

June 19, 2025

HOPE R MILLER
404 Brown St
Tuskegee, AL  36083

1-877-401-2559
Application Number 1506757983

We were recently informed by Opelika Ford, Inc., 801 Columbus Pkwy, Opelika, AL, 36801-5937 that it was considering the credit sale or lease of a 2025 Ford Escape to you and asked whether we would be prepared to accept your obligation if the transaction was completed.

We must regretfully inform you that we were not agreeable to handling the proposed transaction.

Our decision was based in whole or in part on information in a report from the credit reporting agency (or agencies) listed below:

| Applicant | | | | | |
|---|---|---|---|---|---|
| Experian | PO Box 2002 | Allen | TX | 75013 | 888-397-3742 |
| Applicant | | | | | |
| TransUnion | P.O. Box 1000 | Chester | PA | 19022 | 800-888-4213 |
| Applicant | | | | | |
| Experian | PO Box 40 | Allen | TX | 75013-0043 | 844-922-2743 |
| Applicant | | | | | |
| SageStream, LLC | PO Box 105108 | Atlanta | GA | 30348-5108 | 888-395-0277 |

You have a right under the Fair Credit Reporting Act to know the information in your credit file at the consumer reporting agency (or agencies). The reporting agency (or agencies) did not make our decision for us and cannot supply specific reasons for our decision. You have a right to a free copy of your report(s) from the consumer reporting agency (or agencies), if you ask no later than 60 days after you receive this notice. If you find that any information in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency (or agencies).

**Information about your credit score from Experian:**
We obtained your credit score from Experian and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

    Your credit score: 563
    Date: June 5, 2025
    Scores range from a low of 250 to a high of 900
    Key factors that adversely affected your credit score:
        Serious delinquency (Applicant)
        Ratio of balance to limit on bank revolving or other rev accts too high (Applicant)
        Proportion of loan balances to loan amounts is too high (Applicant)
        Too many inquiries last 12 months (Applicant)

**If you have any questions regarding your Experian credit score, you should contact Experian at:**
    Address: PO Box 2002
        Allen TX  75013
    Toll-free telephone number: 888-397-3742

9959ADACN2

**Information about Your Credit Score: Experian**

We also obtained your credit score from Experian and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 469
Date: June 5, 2025
Scores range from a low of 300 to a high of 850
Key factors that adversely affected your credit score:
Too many of your accounts have a balance (Applicant)
Too recent since all trades were opened, excluding collections (Applicant)
You have too high a total number of inquiries (Applicant)
The balances on open revolving accounts are too high compared to loan amounts (Applicant)

**If you have any questions regarding your Experian credit score, you should contact Experian at:**
Address: PO Box 40
Allen TX  75013-0043
Toll-free telephone number: 844-922-2743

**Information about your credit score from SageStream, LLC:**

We also obtained your credit score from SageStream, LLC and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 420
Date: June 5, 2025
Scores range from a low of 1 to a high of 999
Key factors that adversely affected your credit score:
Number of inquiries (Applicant)
Limited history for consumer at address & phone (Applicant)
Not enough bankcard debt experience (Applicant)
Number of subprime finance inquiries (Applicant)
Inquiries did adversely affect the score (Applicant)

**If you have any questions regarding your SageStream, LLC credit score, you should contact SageStream, LLC at:**
Address: PO Box 105108
Atlanta GA  30348-5108
Toll-free telephone number: 888-395-0277

**THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICATIONS ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, MARITAL STATUS, AGE (PROVIDED THE APPLICANT HAS THE CAPACITY TO ENTER INTO A BINDING CONTRACT); BECAUSE ALL OR PART OF THE APPLICANT'S INCOME DERIVES FROM ANY PUBLIC ASSISTANCE PROGRAM; OR BECAUSE THE APPLICANT HAS IN GOOD FAITH EXERCISED ANY RIGHT UNDER THE CONSUMER CREDIT PROTECTION ACT.  THE FEDERAL AGENCY THAT ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS CREDITOR IS THE BUREAU OF CONSUMER FINANCIAL PROTECTION, 1700 G STREET NW, WASHINGTON, DC 20552.**

You have a right to a statement of specific reasons for our action. To request a statement, please contact us at the above address or telephone number within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

If you contact us, please refer to the Application Number shown above so that we may respond more quickly.

9959AD.ACN2

We regret that we were not able to approve the transaction as submitted.

**Ally Bank**

9959ADACN2

 Outlook

**Notification from Continental Finance about Your Credit Card Application**

From noreply@yourfitcard.com <noreply@yourfitcard.com>
Date Mon 1/27/2025 8:44 PM
To    hopemiller@hotmail.com <hopemiller@hotmail.com>

 

**The Bank Of Missouri**
**P.O. Box 3220**
**Buffalo, NY 14240**

January 27 2025

HOPE MILLER
404 BROWN ST
TUSKEGEE, AL 36083

Reference Number: 432638090

Dear HOPE MILLER

Thank you for applying for the Fit credit card issued by The Bank Of Missouri and serviced by Continental Finance Company. We regret that we are unable to open an account for you at this time for the following reason(s):

BANKCARD ACCOUNT BALANCES ARE TOO HIGH IN PROPORTION TO CREDIT LIMITS
TOTAL AMOUNT PAST DUE ON REVOLVING ACCOUNTS IS TOO HIGH
TOO MANY INQUIRIES
LENGTH OF TIME SINCE OLDEST AUTO ACCOUNT HAS BEEN ESTABLISHED IS TOO SHORT

Our decision was based upon a credit scoring system that assigns a numerical value to various items of information we consider in evaluating an application. These numerical values are based upon the results of analyses of repayment histories of large numbers of consumers. The information you provided in your application did not score a sufficient number of points for approval of the application.

The reason(s) you did not score well compared with other applicants were:

BANKCARD ACCOUNT BALANCES ARE TOO HIGH IN PROPORTION TO CREDIT LIMITS

Our credit decision was based, in whole or in part, on information provided by you and the following consumer reporting agency:

TransUnion LLC
2 Baldwin Place
PO Box 1000
Chester, Pa. 19022
1(800) 888-4213
www.transunion.com/direct

You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply reasons why we have denied credit to you.

You have the right within 60 days after you receive this notice, to obtain a free copy of your consumer report by contacting the consumer reporting agency listed above. You have the right to dispute the accuracy or completeness of any information in your consumer report by contacting the agency listed above.

We also obtained your credit score from the consumer reporting agency listed below and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score:910
Date:1/27/2025 9:44:04 PM
Score range from a low of 250 to a high of 999.
Key factors that adversely affected your credit score:
BANKCARD ACCOUNT BALANCES ARE TOO HIGH IN PROPORTION TO CREDIT LIMITS
TOTAL AMOUNT PAST DUE ON REVOLVING ACCOUNTS IS TOO HIGH
TOO MANY INQUIRIES
LENGTH OF TIME SINCE OLDEST AUTO ACCOUNT HAS BEEN ESTABLISHED IS TOO SHORT

If you have any questions regarding your credit score, you should contact TransUnion LLC at:

TransUnion LLC
2 Baldwin Place
PO Box 1000
Chester, Pa. 19022
1(800) 888-4213
www.transunion.com/direct

If you have any questions about your application, please call us at 1-866-449-4514. Our representatives are available to assist Monday through Friday 7:00am to 12:00am EST, and Saturday through Sunday 8:00am to 8:00pm EST.

Sincerely,

Credit Officer

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income is derived from a public assistance program; or because the applicant has in good faith exercised his/her right under the Consumer Credit Protection Act. The federal agency that administers the compliance with this law concerning this creditor is the Division of Depositor and Consumer Protection, National Center for Consumer and Depositor Assistance, Federal Deposit Insurance Corporation, 1100 Walnut Street, Box 911, Kansas City, MO 64106.

 Outlook

**Update on Your Consumer Credit Application**

From no-reply@netcredit.com <no-reply@netcredit.com>
Date Sun 4/14/2024 12:27 AM
To    Hopermiller@hotmail.com <Hopermiller@hotmail.com>

NetCredit

Date: April 14, 2024, 12:27:51 AM Central Time
Applicant's Name: Hope Miller
Account #: 11771362
Application #: 2024AL067030226
Applicant's Address: 1267 W Green street, Marion, AL, US, 36756

Dear Applicant: Thank you for your recent application. We regret that we are unable to approve your request for consumer credit.

Your application was processed by a credit scoring system that assigns a numerical value to the various items of information we consider in evaluating an application. These numerical values are based upon the results of analyses of repayment histories of large numbers of customers.

The information you provided in your application did not score a sufficient number of points for approval of the application. The reasons you did not score well compared with other applicants were

- Amount of past or present loan debt
- SageStream Credit Optics Score
- LexisNexis Risk View Score
- TransUnion Vantage Score
- TransUnion Auto Origination Score

In evaluating your application the consumer reporting agencies listed below provided us with information that in whole or in part influenced our decision. The consumer reporting agencies played no part in our decision and are unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agencies. It can be obtained by contacting:

SageStream / LexisNexis Risk Solutions
Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108
1-888-395-0277

You also have a right to a free copy of your report from the reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

We also obtained your credit score from SageStream / LexisNexis Risk Solutions and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 438
Date: Apr 14, 2024
Scores range from a low of 1 to a high of 999
Key factors that adversely affected your credit score:

- Length of time since most recent delinquency too short
- Not enough bankcard debt experience
- Proportion of loan balances to loan amounts too high
- Too few bankcard accounts
- Inquiries did not adversely affect the score

If you have any questions regarding your credit score, you should contact SageStream / LexisNexis Risk Solutions at:

SageStream / LexisNexis Risk Solutions
Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108
1-888-395-0277

*If you have any questions regarding this notice, you should contact:*

**Creditor: NetCredit**
Address:
175 W. Jackson Blvd., Suite 600
Chicago, IL 60604
Phone: (877) 392-2014

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

NetCredit                                         support@netcredit.com
175 W. Jackson Blvd.,
Suite 600, Chicago, IL 60604

(877) 392-2014

 Outlook

**Notice of Adverse Action**

From noreply@creditfreshnotifications.com <noreply@creditfreshnotifications.com>
Date Wed 6/19/2024 4:10 PM
To    hopermiller@hotmail.com <hopermiller@hotmail.com>

**Applicant:** HOPE MILLER
**Description of Transaction:** Request for credit
**Description of Action Taken:** Request not approved

| Creditor | Date |
|---|---|
| First Electronic Bank<br>2150 S 1300 E #400, Salt Lake City,<br>UT 84106, United States,<br>Phone # (801) 572-4004 | 2024-06-13 |

After carefully reviewing your application, we are sorry to advise you that we cannot grant you a loan at this time. If you would like a statement of specific reasons why your application was denied, please contact our service provider within 60 days of the date of this letter at feedback@creditfresh.com or:

CreditFresh
Attn: Credit Service Manager
200 Continental Drive, Suite 401
Newark, DE 19713
800-766-2007

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers

compliance with this law concerning this creditor is the Division of Depositor and Consumer Protection, National Center for Consumer and Depositor Assistance, Federal Deposit Insurance Corporation, 1100 Walnut Street, Box #11, Kansas City, MO 64106.

The credit decision was based in whole or in part on information obtained in a report from one or more Consumer Reporting Agencies. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the Consumer Reporting Agency. The reporting agency played no part in our decision and is unable to supply specific reasons why First Electronic Bank denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies. You can find out about the information contained in your file at the Consumer Reporting Agency by contacting the following Consumer Reporting Agencies:

A) Clarity Services, Inc., a part of Experian Consumer Support Division
P.O. Box 16,
Allen, TX 75013
Website:
www.clarityservices.com/contact/
Toll-free Telephone Number:
1-866-390-3118

B) TransUnion Consumer Disclosure Center
P.O. Box 1000
Chester, PA 19016
Website:
https://www.transunion.com/
Toll-free 1-833-395-6938

We also might have obtained your credit score from the consumer reporting agency and used it in making our credit decision. If we obtained a credit score as part of our consideration of your application, it is shown below. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes. Please note, the credit score used in the decision-making process is not the traditional credit score reported on by the three traditional credit bureaus (Experian, TransUnion and Equifax). The score that is provided to you on this notice was obtained from Clarity Services, Inc., a subsidiary of Experian.

**Your Credit Score: 569**
Date: 2024-06-13
Scores range from a low of 300 to a high of 850.

**Key factors that adversely affected your credit score:**

- Length of time since online payday loan opened

- Lack of sufficient relevant account information
- Insufficient recent online payday loan activity
- Insufficient bank account history


If you have any questions regarding your credit score, you should contact Clarity Services, Inc at:

Address: P.O. Box 16, Allen, TX 75013
Toll-free Telephone Number: 1-866-390-3118

This is an automated email. Please do not reply directly to this email address.

Sincerely,

The CreditFresh Team

The Line of Credit is offered by First Electronic Bank, Member FDIC.

Wes Allen
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Wes Allen, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Midwest Flava, LLC**

This name reservation is for the exclusive use of Hope Miller, 404 Brown Street, Tuskegee, AL 36083 for a period of one year beginning June 06, 2024 and expiring January 08, 2026



RES160736

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

June 06, 2024

**Date**

**Wes Allen**          **Secretary of State**

**STATE OF ALABAMA**

**DOMESTIC LIMITED LIABILITY COMPANY (LLC)**
**CERTIFICATE OF FORMATION**

PURPOSE: In order to form a Limited Liability Company (LLC) under Section 10A-5A-2.01 of the *Code of Alabama 1975,* this Certificate of Formation and the appropriate filing fees must be filed with the Office of the Secretary of State. **The information required in this form is required by Title 10A.**

1. The name of the limited liability company (must contain the words "Limited Liability Company" or the abbreviation "L.L.C." or "LLC," and comply with *Code of Alabama*, Section 10A-1-5.06. You may use Professional or Series before Limited Liability Company or LLC (or PLLC or SLLC) if they apply:

   Midwest Flava, LLC

2. **A copy of the Name Reservation Certificate from the Office of the Secretary of State must be attached.**

3. The name of the registered agent (only one agent): Hope Miller

   Street (**no PO Boxes**) address of registered office (**must be located in Alabama**):

   404 Brown Street Tuskegee, AL 36083

   ~~County~~ of above address: MACON

   Mailing address in Alabama of registered office (if different from street address):

4. The undersigned certify that there is at least one member of the limited liability company.

```
                    (For SOS Office Use Only)


                         Alabama
                      Sec. Of State

               001-169-718        DLL

                  Date    01/09/2025
                  Time      00:27:00
                  File      $100.00
                  County    $100.00
                            -------
                  Total     $200.00
```

LLC Cert of Formation - 11/2021                    Page 1 of 2

**DOMESTIC LIMITED LIABILITY COMPANY (LLC)  CERTIFICATE OF FORMATION**

5.  Check **only** if the type applies to the Limited Liability Company being formed:

☐ Series LLC complying with Title 10A, Chapter 5A, Article 11

☐ Professional LLC complying with Title 10A, Chapter 5A, Article 8

☐ Non-Profit LLC complying with Section 10A-5A-1.04(c)

6.  The filing of the limited liability company is effective immediately on the date received by the office of the Secretary of State, Business Services Division or at the delayed filing date (cannot be prior to the filing date) specified in this filing complying with Section 10A-1-4.12
The undersigned specify __1__ / __9__ / __2025__ as the effective date (must be on or after the date filed in the office of the Secretary of State, but no later than the 90th day after the date this instrument was signed) and the time of filing to be __12__ : __27__  ☑ AM or ☐ PM. (cannot be noon or midnight – 12:00)

☐ Attached are any other matters the members determine to include herein (if this item is checked there must be attachments with the filing).

__1__ / __9__ / __2025__
Date    (MM/DD/YYYY)

Hope Miller
Signature as required by 10A-5A-2.04

Co Owner/Administrative Manager
Typed title (organizer or attorney-in-fact)

*County of Registered Agent is requested in order to determine distribution of County filing fees.

LLC Cert of Formation – 1/2021                                                      Page 2 of 2

# ALABAMA COMMERCIAL LEASE AGREEMENT

This commercial lease agreement is entered into on the 1st day of July, 2024 by and between AL 14 LLC (hereinafter referred to as "Lessor") and Hope Miller (hereinafter referred to as "Lessee"), collectively referred to hereinafter as the "Parties."

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Lessor and Lessee do hereby covenant and agree as follows:

1. **PREMISES:** Lessor agrees to lease to the Lessee the premises designated as the restaurant portion on the main (street) level of the building located at **145 Lyons Street, Notasulga, Alabama**, subject to the terms and conditions set forth herein. The premises includes the equipment (hood and ventilation system, hot water heater, and barbeque grill), fixtures (lights, toilets, kitchen sink) and other tangible property (tables, chairs, booths, freezer, refrigerators, coolers, ice-maker, cooking pans, utensils) contained inside the building. The leased premises do not include the second floor.

2. **TERM:** The Term of this Commercial Lease Agreement (hereinafter "Agreement") is for twelve (12) months beginning on July 1, 2024 and ending on June 30, 2025 unless terminated as provided herein.

3. **RENEWAL:** Lessor and Lessee may agree to extend or renew the commercial lease agreement with any agreed modifications in a separate, signed document. Lessor agrees to give Lessee the right of first refusal and the opportunity to rent the premises on a year-to-year basis at the agreed amount of One Thousand Dollars ($1,000) per month. The Lessor reserves the right to increase the rent in keeping with the fair market value and/or inflation.

4. **RENT:** Lessee shall pay One Thousand Dollars ($1,000) per month due on first day of the month. The Lessee shall pay Rent when due and payable, without any set off or deduction (excluding the provisions below) or prior demand whatsoever. Any payment by Lessee or acceptance by Lessor of a lesser amount than due from Lessee to Lessor shall be treated as payment on account. The acceptance by Lessor of a check for a lesser amount with an endorsement or statement thereon, or upon any letter accompanying such check, that such lesser amount is payment in full, shall be given no effect, and Lessor may accept such check without prejudice to any other rights or remedies with Lessor may have against Lessee.

5. **PAYMENT:** All rents and other payments due to the Lessor under the terms of this Lease shall be payable at 910 David Street, Opelika, Alabama 36801, or at any other place as the Lessor may from time to time designate in writing.

6. **SUSPENSION OF RENT:** In the event of unforeseen circumstances, such as mandated governmental shutdowns, the Lessor shall suspend rental payments for the duration of the

Lessor's Initials: ___    1    Lessee's Initials: ___

Lessee and Lessee's representatives represent and warrant that they have the power and authority to conduct business as contemplated by this Agreement.

66. **JOINT AND SEVERAL LIABILITY:** The Lessee, Hope Miller, acknowledges that they are jointly and severally liable under this Lease Agreement.

This Agreement consists of fourteen (14) pages.

IN WITNESS WHEREOF, Lessor, Lessor's agent (if any) and Lessee have executed this Agreement as of the ___ day of June, 2024.

_Sue Ellen Tallakson_

AL 14 LLC by Sue Ellen Tallakson
LESSOR

_Hope Miller_

Hope Miller
LESSEE

Lessor's Initials: _____          15          Lessee's Initials: _____